# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH CHIDI ANORUO,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>ROBERT A. MCDONALD,<br>Secretary, Department of Veteran Affairs, et al.,<br><br>　　　　　Defendant(s). | Case No. 2:16-cv-00441-GMN-NJK<br><br>ORDER<br><br>(Docket No. 15) |

　　　Pending before the Court is Plaintiff's motion to strike. Docket No. 15. Defendant filed a response, and Plaintiff filed a reply. Docket Nos. 19, 24. The Court finds this matter properly resolved without oral argument. *See* LR 78-1.

　　　Plaintiff asks the Court to strike Defendant's notice of failure to file opposing points and authorities. Docket No. 12. Plaintiff fails, however, to cite any authority supporting his contention that the filing should be stricken. Pursuant to LR 7-2(d), the Court **DENIES** Plaintiff's motion to strike, Docket No. 15.

　　　IT IS SO ORDERED.

　　　DATED: July 19, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge